# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      NO. 4:04CR00272-001 SWW

TONELLE BROWN

### ORDER

Pursuant to a letter received by the Court from defendant on May 25, 2006, indicating his concern that his defense counsel failed to file a notice of appeal for him in a timely fashion,

IT IS ORDERED that James W. Wyatt file a response to the concerns stated by defendant immediately.

DATED this 25th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE