IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | No. 4:04CR00272-001 SWW |
| TONELLE BROWN | * | |

ORDER

Having received a response to the Order entered on May 26, 2006, the Court hereby directs the Clerk to file defendant's letter received on May 25, 2006, as a Notice of Appeal *nunc pro tunc*.

SO ORDERED this 14th day of June 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE