AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 8 2008

JAMES W. McCORMACK
By: _____
DEP CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| TONELLE BROWN | ) | Case No: 4:04CR00272-001 SWW |
|  | ) | USM No: 23577-009 |
| Date of Previous Judgment: 03/10/2006 | ) | MARK ALAN JESSE |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __78__ months **is reduced to** __63 MONTHS__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __27__          Amended Offense Level: __25__
Criminal History Category: __II__       Criminal History Category: __II__
Previous Guideline Range: __78__ to __97__ months   Amended Guideline Range: __63__ to __78__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __03/10/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __04/08/2008__

Effective Date: _____
(if different from order date)

Judge's signature

Susan Webber Wright, United States District Judge
Printed name and title